JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE KANDAH,<br><br>Plaintiffs,<br><br>v.<br><br>FOOTHILL CARDIOLOGY MEDICAL GROUP, INC.; TRANSWORLD SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; and SOUTHERN CALIFORNIA HEART SPECIALISTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-2166-KK-ACCV<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT SOUTHERN CALIFORNIA HEART SPECIALISTS, INC.** |

Upon review of the Stipulation for Dismissal with Prejudice as to Southern California Heart Specialists, Inc., and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter and all claims herein are hereby dismissed with prejudice against Southern California Heart Specialists, Inc.. Each party to bear its own attorney's fees and costs incurred in the action.

**IT IS ORDERED.**

Dated: November 24, 2026

Hon. Kenly Kiya Kato
United States District Judge